Fred W. Potter, insurance superintendent of State of Illinois, v. Northern Life Insurance Company.

Federal Life Insurance Company, appellant, v. Sangamon Loan & Trust Company, receiver, appellee.

Petition in intervention to compel receiver to make good certain certificates of deposit transferred to petitioner under a contract with the receiver. Cross-bill to obtain a construction of the contract and for an accounting. Decree for defendant on cross-bill. Appeal from the Circuit Court of Sangamon county. Heard in this court at the October term, 1917. Reversed and remanded with directions. Opinion filed July 15, 1918.

C. A. Atkinson and Allen, Humphrey & Converse, for appellant. A. M. Fitzgerald, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

W. B. Otto and Edward Axford, appellees, v. George Purcell, appellant.

Assumpsit to recover for breach of warranty in sale of stallions, one of which was found a "cribber" and the other ineligible for registration. Judgment for plaintiffs. Appeal from the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918.

Sterling, Livingston & Whitmore, for appellant. DeMange, Gillespie & DeMange, for appellees.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

Delia L. Stadler, plaintiff in error, v. Estate of John Stadler, defendant in error.

Petition for widow's award following acceptance of will and waiver of "rights as to homestead, dower and widow's award." Judgment against petitioner on appeal from County to Circuit Court. Error to the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed July 15, 1918.

Carey E. Barnes, for plaintiff in error. Alexander H. Bell, for defendant in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

E. J. Landgraff, appellant, v. Fred A. Williams, appellee.

Bill for accounting and dissolution of partnership, cross-bill by defendant. Original bill and cross-bill dismissed for want of equity. Appeal from the Circuit Court of De Witt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918.

W. E. Sampson and E. B. Mitchell, for appellant. F. K. Lemon, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.